SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

WOMBLE, JAMES JOEL
WOMBLE, LISA MARIE

Debtor(s)

) CHAPTER 7
)
) CASE NO. 05-05418-JMM
)
)
) APPLICATION FOR ORDER FOR
) PAYMENT OF UNCLAIMED FUNDS
) U.S. BANKRUPTCY COURT

SHARON MAXWELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 1/19/10 | James & Lisa Womble (Debtors)<br>7050 N Silverbell Rd #114<br>Box 114-157<br>Tucson AZ 85743 | 421.81 |

May 18, 2010
DATE

/s/ Sharon Maxwell
Sharon Maxwell, Trustee