UST-32, 3-03

SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CHAPTER 7
)
WOMBLE, JAMES JOEL ) CASE NO. 05-05418-JMM
WOMBLE, LISA MARIE )
)
) APPLICATION FOR ORDER FOR
) PAYMENT OF UNCLAIMED FUNDS
Debtor(s) ) U.S. BANKRUPTCY COURT
)

SHARON MAXWELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 1/19/10 | James & Lisa Womble (Debtors)<br>7050 N Silverbell Rd #114<br>Box 114-157<br>Tucson AZ 85743 | 421.81 |

May 18, 2010
DATE

/s/ Sharon Maxwell
Sharon Maxwell, Trustee