SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| WOMBLE, JAMES JOEL | ) | CASE NO. 05-05418-JMM |
| WOMBLE, LISA MARIE | ) | |
| | ) | AMENDED |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 1/19/10 | James & Lisa Womble (Debtors)<br>7050 N Silverbell Rd #114<br>Box 114-157<br>Tucson AZ 85743 | 421.81 |
| | | James & Lisa Womble (Debtors)<br>12112 W Ranchettes Drive<br>Tucson AZ 85743 | |

May 18, 2010
DATE

/s/ Sharon Maxwell
Sharon Maxwell, Trustee